# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **AT&T CORP.**, *Plaintiff* | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 4:22-cv-00914-SDJ |
| **GOODMAN NETWORKS INCORPORATED** *Defendant* | )<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Adriana Adam, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 26, 2022 at 4:33 pm. I delivered these documents on Goodman Networks Incorporated in Travis County, TX on November 1, 2022 at 2:35 pm at 1501 S MoPac Expy, suite 220, Austin, TX 78746 by leaving the following documents with Mary Ann Quick who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Goodman Networks Incorporated.

Complaint for Breach of Contract and Quantum Meruit/Unjust Enrichment
Summons

Additional Description:
I delivered the documents to Mary Ann Quick, intake specialist for Registered Agent, Corporation Service Company.

White Female, est. age 60, glasses: Y, Gray hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=30.2612304688,-97.7900212895
Photograph: See Exhibit 1

My name is Adriana Adam, my date of birth is 3/30/1992, and my address is 4201 Monterey Oaks Blvd., Apt 2208, Austin, TX 78749, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Travis County  ,
  TX   on   11/3/2022  .

*/s/ Adriana Adam*
Adriana Adam - (512) 317-0669
Certification Number: PSC-17714
Expiration Date: 10/31/2023

# Exhibit 1



Exhibit 1a)