UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AT&T CORP. | § § | |
| v. | § § | CIVIL NO. 4:22-CV-914-SDJ |
| GOODMAN NETWORKS INCORPORATED | § § § | |

### ORDER

Plaintiff AT&T Corp. filed its Complaint for Breach of Contract and Quantum Meruit/Unjust Enrichment, (Dkt. #1), on October 25, 2022. Defendant failed to timely answer Plaintiff's complaint, and on December 20, 2022, Plaintiff filed a Request for Entry of Default, (Dkt. #7). On December 20, 2022, a Clerk's Entry of Default was entered, (Dkt. #8). To date, Plaintiff has failed to move for default judgment.

It is therefore **ORDERED** that, in accordance with Federal Rule of Civil Procedure 55, Plaintiff shall file a motion for default judgment no later than **21 days** from the issuance of this order or risk dismissal for want of prosecution as to Defendant Goodman Networks Incorporated.

**So ORDERED and SIGNED this 13th day of March, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE