## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| AT&T CORP., <br> a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> GOODMAN NETWORKS INCORPORATED, a Texas domestic for-profit corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 22-cv-914-SDJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFAULT JUDGMENT**

Defendant Goodman Networks Incorporated, having failed to appear, plead or otherwise defend in this action, and default having been entered on December 20, 2022, and counsel for Plaintiff having requested judgment against the defaulted Defendant and have filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

1. AT&T is entitled to all amounts owed under the Contracts, including, but not limited to, the principal amount of at least $1,224,888.49, plus pre-and post-judgment interest at the rate 1.5% per month (18% per annum), or the maximum allowed by law; plus all costs including attorney fees.

2. On all claims, for interest, costs, and attorney's fees as allowed by law.

2

3. It is ORDERED that Plaintiff have Judgment in the principal amount still owing on the three accounts totaling $1,224,888.49, and prejudgment interest on all three accounts in the sum of $187,400.43, including the award of attorney fees and costs in the amount of $20,752.00 through March 17, 2023, with the amount of balances owed, totals $1,443,040.92.  Said judgment shall accrue interest at the statutory rate from the date of Judgment satisfied.

Dated: