UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AT&T CORP. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-914-SDJ |
| | § | |
| GOODMAN NETWORKS | § | |
| INCORPORATED | § | |

# ORDER

Before the Court is a Notice of Withdrawal of Plaintiff AT&T Corp.'s Motion for Entry of Default Judgment. (Dkt. #12). The notice indicates that Defendant Goodman Networks Incorporated ("Goodman") filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Texas. *See In re Goodman Networks Inc.*, No. 22-BK-31641 (Bankr. N.D. Tex. Sep. 6, 2022).

Under the Bankruptcy Code's automatic stay provision, the filing of a bankruptcy petition prevents the commencement or continuation of any litigation against the bankruptcy debtor for claims that arose before the petition was filed. 11 U.S.C. § 362(a)(1); *In re Coho Res., Inc.*, 345 F.3d 338, 343–44 (5th Cir. 2003). The automatic stay provision applies to bankruptcy petitions initiated under Chapter 7, such as the one at issue here. *See In re Okedokun*, 968 F.3d 378, 384, 386 (5th Cir. 2020) (finding multiple violations of the automatic stay in a Chapter 7 bankruptcy case).

Therefore, the Court finds that Plaintiff AT&T Corp. may not pursue any claims against Goodman pending resolution of the bankruptcy proceeding: neither for breach of contract nor for quantum meruit and unjust enrichment. (Dkt. #1 ¶¶ 14–

26). It is **ORDERED** that this case is hereby **STAYED** until further order of the Court.

  **So ORDERED and SIGNED this 26th day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE